

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00570-CV

William Clayborn **LORENZ**, Individually and as Independent Executor of the Estate of Tyson Desmer Lambeck, Deceased, and Carmen Carter-Faughtenbery, Trustee of the Trajan Desmer Lambeck Trust,
Appellants

v.

Kourtney **VOIGHT**, as Next Friend of Trajan Lambeck,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. PR-08514
Honorable Kathleen S. Stone, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the joint petition for permissive appeal is DENIED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. We ORDER respondent recover any costs she incurred related to this appeal.

It is so **ORDERED** on February 1, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court